UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA										PLAINTIFF

VS.											CRIMINAL ACTION NO. 3:22CR-14-CHB

MARK ANTHONY PHILLIPS										DEFENDANT

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

\* \* \* \* \* \* \*

Comes the Defendant, Mark Anthony Phillips, by counsel, Catherine J. Kamenish, and moves this Court to enter an Order allowing the Defendant to travel to the Southern District of New York for a court appearance that he is required to personally appear for in the United States District Court for the Southern District of New York on July 5, 2022. The undersigned has spoken with AUSA Corinne E. Keel and Probation Officer Rachel Waddle and they are not opposed to this motion.

Respectfully submitted,

/s/ Catherine J. Kamenish
Catherine J. Kamenish
917 Lily Creek Road
Louisville, Kentucky 40243
(502) 561-2005
ckamenish@gmail.com

**CERTIFICATE OF SERVICE**

This certifies a copy of the foregoing was this 30th day of June, 2022, electronically filed through the CM/ECF filing system, which will send a notice of electronic filing to all counsel via electronic mail.

/s/ Catherine J. Kamenish
**Catherine J. Kamenish**
Counsel for Defendant