UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/23/2022
```

NEW ORIENTAL ENTERPRISE, PTE, LTD.,

　　　　　　　　　　Plaintiff,

-against-

MISSION CRITICAL SOLUTIONS LLC, a/k/a MCS, MARK-ANTHONY PHILLIPS, TRANSACTRADE, LLC, TRIGON TRADING PARTY LTD., and JOHN DOES 2 and 3,

　　　　　　　　　　Defendants.

1:20-cv-02327 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Defendant's counsel, requesting a pre-motion conference in connection with his motion to withdraw as counsel for Defendants. [ECF No. 76].

Accordingly, IT IS HEREBY ORDERED that the request of Defendant's counsel for a pre-motion conference in connection a motion to withdraw as counsel for Defendants is GRANTED. All parties are directed to appear at a conference on the motion of Defendant's counsel on July 5, 2022, at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Defense Counsel, Defendant Mark-Anthony Phillips, and a representative of Defendant Mission Critical Solutions LLC are required to be present for the conference.

The Court reiterates that because it is a corporation, Defendant Mission Critical Solutions LLC may not proceed *pro se*. In other words, Defendant may appear in federal court only through licensed counsel. *See, e.g., Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006) ("[I]t is well-settled law that a corporation may appear in the federal courts only through licensed counsel . . . ."); *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d

1

Cir. 2001) ("As a corporation, appellant, Galaxiworld, could only appear with counsel.").

**SO ORDERED.**

**Date: May 23, 2022**
New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK
### PROBATION AND PRETRIAL SERVICES

**TRAVEL REQUEST/AUTHORIZATION FORM**

Travel must be submitted 14 days prior to domestic travel and 60 days prior to international travel.

**Date:** 6/22/2022  **Name:** James A. Phillips  **Phone Number:** 813-727-2811

**Destination:** New York City

**Departure Date:** 7/2/2022  **Return Date:** 7/6/2022

**Purpose of Travel:** Civil Court

**Persons traveling with:** Fiancée Rachel Prophet

### Accommodations (will be verified)

**Where or with whom will you be staying:** Friend's House Jennifer Lynch

**Address:** Flushing 71-08 162nd St. NY 11365

**Phone Number:** Area Code (760) 212-0992

### Mode of Transportation

**Vehicle**

**Vehicle Make and Model:** ~~Volkswagen Tiguan~~ GMC Yukon

**Tag Number:** KJM 1351

**Owner of Vehicle:** Rachel Prophet

### Airline (DO NOT PURCHASE TICKETS UNTIL TRAVEL APPROVED-THEN NOTIFY USPO OF ITINERARY)

**Name of Airline:**

**Departure Flight No. and Time:**

**Return Flight No. and Time:**

**Other Mode of Transportation (specify):**

**AUTHORIZATION:** ☐ Approved as detailed above

**SPECIAL INSTRUCTIONS:** (Include requirements of criminal registration ordinance in travel area. Also include instructions for reporting in destination district.)

CONTACT YOUR PROBATION OFFICER WITHIN 24 HOURS OF YOUR RETURN.

**U.S. PROBATION OFFICER:**