UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 3:22-CR-014-CHB-3 |
| ) | |
| v. ) | |
| ) | |
| MARK ANTHONY PHILLIPS, ) | **ORDER GRANTING UNOPPOSED** |
| ) | **MOTION FOR PERMISSION TO** |
| Defendant. ) | **TRAVEL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before this Court is Defendant Mark Anthony Phillips' ("Phillips") Unopposed Motion for Permission to Travel [R. 59] to the Southern District of New York for a court appearance that he is required to personally appear for in the United States District Court for the Southern District of New York. The Motion advises the Court that both the United States and Phillips' probation officer are not opposed. *Id.* The Court having taken the Motion under consideration and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Phillips' Unopposed Motion for Permission to Travel [**R. 59**] is **GRANTED**.

2. Phillips is **PERMITTED** to travel to the Southern District of New York for a July 5, 2022, court appearance that he is required to personally appear for in the United States District Court for the Southern District of New York.

3. Phillips **SHALL** provide all travel arrangements with his probation officer prior to his travel.

4. Upon return to Louisville, Kentucky, Phillips shall **IMMEDIATELY** contact his probation officer.

This the 1st day of July 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1

cc: Counsel of Record
United States Probation (Waddle)