## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                                    CRIMINAL ACTION NO. 3:22-CR-14-CHB

                                                    **Electronically Filed**

MARK ANTHONY PHILLIPS                                              DEFENDANT

* * * * *

## DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Comes the Defendant, Mark Anthony Phillips, by counsel, and moves the Court to allow the Defendant to travel to Anaheim, California, for the purpose of meeting Mr. Phillips' business clients at the Global Produce and Floral Show, a trade show conducted by the International Fresh Produce Association. Mr. Phillips will need to travel from his residence in Florida to Anaheim and return from October 18 through October 23, 2023. The undersigned has communicated this request to Probation Officer Waddle and with AUSA Corinne Keel and they do not oppose this Motion.

Respectfully submitted,

s/**LARRY D. SIMON**
LARRY D. SIMON
Counsel for Defendant, Mark Anthony Phillips
American Life Building
471 West Main Street - Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

1

## **CERTIFICATE OF SERVICE**

It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 2d day of October, 2023.


**s/LARRY D. SIMON**
LARRY D. SIMON